IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARSHALL GATES,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>Defendants. | No. C 07-03414 JW (PR)<br><br>ORDER OF DISMISSAL<br><br>(Docket No. 4) |

On June 29, 2007, plaintiff, a California prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. On the same day, the Clerk notified plaintiff in writing that the action was deficient due to the failure to pay the requisite filing fee or, instead, submit a completed court-approved in forma pauperis ("IFP") application, including a trust account statement showing balances for the last six months and a certificate of trust account funds signed by a prison official. Along with this notice, plaintiff was sent a copy of the court's IFP application, instructions for completing it, and a return envelope. Plaintiff was informed that his failure, within thirty days, either to pay the filing fee or to file a completed IFP application, including

Order of Dismissal
G:\PRO-SE\SJ.JW\CR.07\gates03414_dismiss-ifp.wpd

1  the signed certificate of funds and the required trust account statement, would result in
2  dismissal of this action without prejudice.  Plaintiff has submitted an IFP application,
3  but he did not include the requisite signed certificate of funds or the trust account
4  statement, as he was instructed to do.
5       As more than thirty days have passed and plaintiff has not filed a completed IFP
6  application or paid the filing fee, this action is DISMISSED without prejudice.  In light
7  of this dismissal, the incomplete IFP application is DENIED.
8       This order terminates Docket No. 4.
9       The Clerk shall close the file.

DATED: October 17, 2007

JAMES WARE
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.JW\CR.07\gates03414_dismiss-ifp.wpd       2