IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID MARSHALL GATES, | ) | No. C 07-03414 JW (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| DEPARTMENT OF DEFENSE, et al., | ) | |
| Defendants. | ) | |

For the reasons stated on the order of dismissal, the complaint is DISMISSED without prejudice. Judgment is entered accordingly.

The clerk shall close the file.

DATED: October 17, 2007

JAMES WARE
United States District Judge

Judgment
G:\PRO-SE\SJ.JW\CR.07\gates03414_judgment.wpd