

FILED

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983**

Name ______ (Last) ______ (First) ______ (Initial)

Prisoner Number ______

Institutional Address ______

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

E-Filing

(Enter the full name of plaintiff in this action.)

vs.

Case No. 07-3414
(To be provided by the Clerk of Court)

**C 07**

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

**JW**

**(PR)**

(Enter the full name of the defendant(s) in this action)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go ... The court will dismiss any unexhausted claims.]

A. Place of present confinement

B. Is there a grievance procedure in this institution?

YES ( ) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES ( ) NO ( )

If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT

Titles and Bank Balance
2-02-07 Invoke

Olive Robinson Ranch act
[illegible] 3. Marshal Co. as [illegible] FBI F589
in string unit Birth assignment
1963 Robinson-Nunn Names
I've been kidnapped [illegible] 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 Edike Eisen wine
Edike Eisenwine General and U S Senator acts 1-1000 VS 10-1998 actual DOB Oct 10, 1947
V1962 War Powers Adopted by Robert Gates
act Dept of Def comput CIA as Director at
Cols and above Gam act 1 week old, favor Tony
BR Held 5 star SSN 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 Named David Marshall
in 4 branches Branches [illegible] Gates
Atomic - Air Force A-4713 1 week and 5 days old
Nuclear - Navy L-1141 adopted by Guy Nile Robinson
Because of David Marshall Gates adopted me with
Army O-4171 General acts 1-100 assign name David
Marines M-7188 SSN [illegible] aka [illegible] Rob...

Received from D. Gates 11/7/06 [illegible]

The Complete act Jones act
Selected for Federal Grand Jury and
1986 Winchester
name in Federal Law - First Grand Jury acts 20
Forman of Federal Grand Second act [illegible] federal
for federal directory Grand BPG Sheet
First Salt Lake act Dept of Defense
Corp. [illegible] McFarland marshall act 11
1986 Winchester
Attorney David Marshall Gates A-212 BARH
1978 Skidmore and First 578 Grade
Valley acts ID me as Kidnapped Several
Hundred times from 61 Carpenter [illegible] Hollister
12276 Gates Place Cross Valley
1986 Winchester announced new Credentials
all laws mentioned are invoked
for First Salt Lake act and [illegible] Administrat
Violent Death act Examiner [illegible]
Director
names SR Administrator and Rasmusson act
David Marshall Gates General acts 1-100
(OVER) TOP Ranked in 4 founders of Military
First Salt Lake [illegible] David Marshall Gates
McFarland [illegible] Dept of Def comp

Deputy

Steve Lewis US Marshal
Dot Kim James

TRI 1101 Pacific Valley Bank
San Carlos, San Jose 547-4[illegible]
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 David Oakland

From 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 David Marshall Gates
Edward Bank [illegible]

Steve - I'm Kidnapped B Fed [illegible] Robinson
I've been Kidnapped again just like
Before noted in the California
attorney General act - Federal law, first
58 Eight [illegible] Grass Valley acts and
1975 Skidmoore as well 1963 Robinson
- Nunn act and credentials in the
First Salt Lake act. 1986 Winchester act - in Dept of
Defence computer. Please secure
all the above acts that I'm invoking
as well the Violent Death act.

obtain a check for 350.00 at Pentagon

Please come with all those federal
laws I'm Being Held at Coalinga
State Hospital about 10 miles west
of I-5 on Hyway 46 [illegible]

Rescue me Immediately Bring en [illegible]
- eral [illegible] from Judges Ben David
or Otis Bistaynk - Judges or Lou Alberti SO
[illegible] Dino Vecci at oakland [illegible]
Remember I'm Federal Grand Juror
FORM at FC 389 (FOR)
and The United States marshal
M-22113 and M-44831

and Deputy US marshal General [illegible]

David Supreme Court Judge J 6613 and
Marshal Gates Gen acts Dept of Def computer

S 711161 Eisenwine Law act of Eisenwine General acts 1-100 Sand me $500 dollars 1858.

all so refer to Pages 1-200 [illegible] Cross Olive Robinson Ranch Act and U.S. Marshal company titles and Bank Balance.

I did file Edward BankRuptcy in US District court in San Jose Washington DC feb march 1989 to recovering Bank Balance stolen and Protect my Home 61 [illegible] HOLLISTER [illegible] Inspector General 4 Bank Ruptcy Court where you and other marshals Protected my Daughter and my Son and me Steve Hastings McFarrar McCarrier act. Supreme court Justice S.66- First Salt Lake act in Dept of Defense as soon as Possible Director Violent Deaths [illegible]

The US Marshal and Federal Judge M-22113 - M44831 Eddie Bern Eisenwine Arthur Carothers

Judge A-7110 US Attorney Gen A-117 -S46 Supreme Court Justice First Salt Lake act A-1 S711161 Supreme court Judge J661-S

Federal Grand Jurror Daniel Marshall Gates

Eddie Bern Eisenwine Lore Carothers

Fed Grand 389 (FOR) FORman- 180 Rm Unit 9 Hollywood Red Death act Rm [illegible] Ceiling a State Federal Death act Rital - 1986 [illegible]

Kidnapped Calif Attny Gen act and 1975 Silkwood [illegible]

United States Senator

US 1010 MacCarther 3334

Edike Ben (DAVID AKRON 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 ROBINSON

US 1010-3

David M. Gates A212 Bar File

DAVID AKRON ROBINSON

Coalinga State Hospital

1 W. ex in 5 Days

PO Box 5003

Coalinga Ca. 93210

US Senator

Dept of Defence computer

1963 ROBINSON [illegible] act LEFT

MASTER SAT [illegible] 4 [illegible] Winchester

1975 SKIDMOORE 1986

VIOLENT Death act all Side

INVOKED found in Dept of Defence Comp

FIRST SP Grass Valley acts

A-117

First Salt Lake act 4 [illegible]

DAVID marshall Gates General acts

Gen

a [illegible] found in Dept of Defence computer

1967 War POWERS ACT

OTT ACT INVOKED

active from Duty life Serial

Serial

Captain Army O-4171

1967 WAR POWERS act 6 star

6000 Air Force

6 star A-14713

[illegible] Navy 1941

6 STAR MARINES May 1988

Regiment

COMPLETE act

Big Fed Court ORDER computer

US MARSHALL all Company

GRACE Olive ROBINSON 44831

FBI F559 US MARSHAL m 22113

Funeral of US marshal

CIA 1747 C-1747 CIA

and C.I.A. company act

Writ

Continued Bank Balances & Titles.

Supreme Court

FEDERAL Grand Formation FE389

Fed Grand Jury

BAR File A-212

FC 389-303