David Marshall Gates General ???
Coalinga State Hospital
P O Box 5003
Coalinga, Calif 93210

Legal
mail

U.S. District Court
450 Golden Gate ave
San Francisco, Calif

9410233661 C004