**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. WIEKING<br>CLERK | 450 GOLDEN GATE AVENUE<br>SAN FRANCISCO, CA 94102<br>(415) 522-2000<br>FAX (415) 522-2176 |

# SECOND NOTICE OF PAYMENT DUE

David Marshall Gates
Coalinga State Hospital    J-60908
P. O. Box 5000
Coalinga, CA 93210-5000

**Original Due Date:**
10/19/2007

**Second Notice Date:**
11/27/2007

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs.  Your application for In Forma Pauperis was denied, however, our records reflect that we have not received your payment.

*This fee is now more than 30 days past due for the following case:*

**Case Title:  Gates v. Dept. of Corrections**

| *Case Number* | *Case Filing Date* | *Fee Due Date* | *Amount Owed* |
|---|---|---|---|
| 5:07-cv-03414-JW | 06/29/2007 | 10/19/2007 | $350.00 |

Please immediately send a check for $350.00 to the following address:

> **United States District Court**
> **450 Golden Gate Avenue, 16th Floor**
> **San Francisco, CA 94102**

**Make your check payable to "Clerk, U.S. District Court."**
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.    Total amount due:  $350.00**