RECEIVED
MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Montgomery United States Senator US 10103 Eddie Ben McArthur Doug McArthur

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name DAVID Marshall J-60908

(Last) Eddie Ben (First) Eisenwine (Initial) Eisenwine Law and General act

Prisoner Number J60908 C-000318-6 Coalinga State

Institutional Address Coalinga State Hospital PO Box 5003

Grace Olive Naples Robinson Randall Marshall

Eddie Ben McArthur
DAVID MARSHALL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Eddie Ben Eisenwine

(Enter the full name of plaintiff in this action.)

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 Gates
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 vs. McArthur US Senator
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 Eddie Eisenwine
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 David Aaron Robinson
vs. Nevada County By Montgomery
49097 (USurped)

(Enter the full name of the defendant(s) in this action)

Case No. 07-3414

(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

NEVADA County USurped
Nevada County
USurped

***[All questions on this complaint form must be answered in order for your action to proceed..]***

I. Exhaustion of Administrative Remedies. Thru 07-3414 US-Senator

**[Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement Coalinga State Hospital Unit 9 Rm 150

B. Is there a grievance procedure in this institution?

YES ( ) NO ( ) I am Federal Grand

C. Did you present the facts in your complaint for review through the grievance procedure?

YES (✓) NO ( ) First 58 Grass Valley acts

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. Get me Released and the Hell out of Here They are talking about Stamping my Hands for new finger prints for some one Else my IDs

Grace Eddie Eisenwine Olive Robinson Randall DAVID MARSHALL Gates, Dallas Aaron Robinson

Left margin: David Marshall Gates 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; David Aaron Robinson 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

S 7111 61 Eisenwine Law act and Eisenwine General acts 1-100

Send me $500 dollars

all so refer to Pages 1-20 and the Cross Olive Robinson Ranch act and U.S Marshal company titles and Bank Balance

I did file BankRuptcy in U.S District court in San Jose Feb March 1987 to recover my Bank Balance stolen and Protect my Home 61 Carpenter HOLLISTER

where you and other Marshals Protect me my Daughter and my Son and me

Supreme court Justice S.66 - First Salt Lake act in Dept of Defense as soon as Possible

Computer

Invoked Eisenwine act David M Esther Eddie Eisenwine law act U.S Marshal and Federal Judge D-7110 61 Carpenter Dr. HOLLISTER

Supreme

US Attorney Gen A-117

First Salt Lake Act

Supreme Court Judge J661-S

attorney Justice Daniel Marshall Yates

Bar # A-212 File

Judge General Eddie Brian Eisenwine

My Brother

Federal Comptroller Computer

Rt 129 Unit 9 Hollywood Road # 8 Calling a State Hospital

*[handwritten signature]* David Akron Robinson

I declare under penalty of perjury that the foregoing is true and correct.

Sword ~~in~~ Arron Robinson

Signed this 3rd day of Aug, 20__   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

*(Plaintiff's signature)*   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

US Senator Edeka Ben me _____

533-34-332_

Federal Grand Jury

Forman J. 6389

JG-2371 Examiner

Dept of Defense   1986 Winchester oct
Eisenwine   A-18   Dept of Def.
Judge Justice Edeke Ben Eisenwine
866 First & Salt Lake oct J6616
DL-22447-NB

Doctor Director
Center for Desease Control

Defend   Dr. Farr

US Marshal M-2243
The   Eisenwine Law oct
Judge D-7118 Judicial index   Dept of Dep Corp
Justice 866 First Salt Lake

COMPLAINT

-4-

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

# SECOND NOTICE OF PAYMENT DUE

David Marshall Gates
Coalinga State Hospital J-60908
P. O. Box 5000
Coalinga, CA 93210-5000

**Original Due Date:**
10/19/2007

**Second Notice Date:**
11/27/2007

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs. Your application for In Forma Pauperis was denied, however, our records reflect that we have not received your payment.

***This fee is now more than 30 days past due for the following case:***

**Case Title: Gates v. Dept. of Corrections**

| *Case Number* | *Case Filing Date* | *Fee Due Date* | *Amount Owed* |
|---|---|---|---|
| 5:07-cv-03414-JW | 06/29/2007 | 10/19/2007 | $350.00 |

Take money from Treasury account and Chandler act Smithson law Both Invoked 20 million and $200 Send me money

Please immediately send a check for $350.00 to the following address:

**United States District Court**
~~**450 Golden Gate Avenue**~~ **, 16th Floor** 280 S. First San Jose
**San Francisco, CA 94102**

**Make your check payable to "Clerk, U.S. District Court."**
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt. Total amount due: $350.00**

Cities and Bank Balance 2-07-07 Invoked

Olive Robinson Ranch act
US Marshal Co. as Director FBI F-589
1983 ROBINSON-NUNN Birth assignment Names
Has Been Kidnapped SSN 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 Eduke Eisenwine
Eduke Eisenwine General acts (1-100) and US Senator US 10-1983 actual DOB Oct 10, 1947
V1962 War Powers Adopted By Robert Gates
Dept of Def comput CIA as Direct act
Cols and ABOVE Gun Act 1 week old, Favor Tommy
Bo Hold 5 Star SS.N 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 Named David Marshall Gates
All Branches Branch
Atomic Air Force A-4443 1 week and 5 days old
Nuclear Navy L-1147 adopted By Guy Nile Robinson
Because of David Marshall Gates General acts 1-100 adopted me with
Army O-4171 assign name DAVID
Marines M-7188 SSN aka Robinson
The Complete act Jones Act
Selected for Federal Grand Jury and
1986 Winchester Name in Federal law First Grand Jury acts -20
Foreman of federal Grand second act Federal
For federal directory Grand BPG Sheriff
First Salt Lake act Dept of Defense
Corp. and MC ... marshall acts
1986 Winchester
1978 Skid moore and First 878 Grade
Valley acts ID me Kidnapped Several
Hundred times From 61 Carpenter Hollister
12276 Gates place Cross Valley
1986 Winchester announced my Credentials
For First Salt Lake act and ADMINISTRATOR
Violent Death act Examiner Names
Names Administrator and Rasmusson act
David Marshall Gates General acts 1-100
Top Ranked in 4 founder of Military
First Salt Lake David marshall Gates
act Dept of Def comput

Received from D. Gates 11/7/06
Refused Grand Juror
Attorney David Marshall Gates A-212 BAR
All laws mentioned are Invoked
(OVER)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DAVID marshall Gates Plaintiff,

vs.

Coalinga State Hosp Defendant. PO Box 5003 - Coalinga

DAVID AKRAN ROBINSON Gates 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

CASE NO. ______

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

Eddie Bernice Johnson 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

I, DAVID MARSHALL 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, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ______ Net: 951 Billion Digits

Employer: treasury accounts 47217 (75121)

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

______________________________________________

______________________________________________

5. Do you own or are you buying a home? treasury account ... D.C. Yes ___ No ___

Estimated Market Value: $ T Bill 217524 Amount of Mortgage: $ ______________

6. Do you own an automobile? Yes ___ No ___

Make ______________ Year ____________ Model ______________

Is it financed? Yes _____ No _______ If so, Total due: $ ______________

Monthly Payment: $ ______________

7. Do you have a bank account? Yes _____ No _____ (Do not include account numbers.)

Name(s) and address(es) of bank: ______________________________

______________________________________________

Present balance(s): $ ______________

Do you own any cash? Yes ____ No ____ Amount: $ ______________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ____

______________________________________________

8. What are your monthly expenses?

Rent: $ ______________ Utilities: ______________

Food: $ ______________ Clothing: ______________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ______________ | $ ______________ | $ ______________ |
| ______________ | $ ______________ | $ ______________ |
| ______________ | $ ______________ | $ ______________ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

______________________________________________

______________________________________________

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

______________________________________________

______________________________________________

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal ~~of my claims~~.

March 10-08 ______________________________

DATE SIGNATURE OF APPLICANT

David Aldron Johnson

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