Coalinga State Hospital
PO 5003 5003 Coalinga Calif
93210

legal mail

US District Court
280 South 1st
San Jose, Calif
95111

Case 5:07-cv-00414-JW    Document 11-2    Filed 03/17/2008    Page 1 of 1

Coalinga State Hospital
PO 5003 5003 Coalinga Calif
93210

legal mail

US District Court
280 South 1st
San Jose, Calif
95111