*Bar shield attorney MARSHAL SHield A2t\t   m 22 113*
*General Eisenwine   FBI ShieldF33 117*

# COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name  Gates, David, Marshall
   (Last)   (First)   (Initial)

*Eisenwine, Dike I Am Eisenwine General act*

Prisoner Number  36?50?

Institutional Address  Coalinga State Hospital

*FILED 2008 MAY 22  RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NO. DIST. OF CA. S.J.*

============================================

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*General*
*Dike I Eisenwine*
DAVID MARSHALL Gates   ) Eisenwine Amendments
(Enter the full name of plaintiff in this action.)   ) Dept of Defense cup
Treasury accounts   )
vs. 12293   ) Case No. C07-3414
43245   ) (To be provided by the Clerk of Court)
   )
Take Filing Fee   ) **COMPLAINT UNDER THE**
$980,000 from Trust   ) **CIVIL RIGHTS ACT,**
accounts and paid me   ) **Title 42 U.S.C § 1983**
(Enter the full name of the defendant(s) in this action)   *Dept of Defense cup*
*$150,000*   *Nevada County*
*U Serpael*
*FIRST oath of oath*

*and violent death*
*get it*

[All questions on this complaint form must be answered in order for your action to proceed.]

I.  Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.] *U Serpad 57 Grass Valley acts*
*USDA P.O. 1986 Winchester*

A.  Place of present confinement  Coalinga ST Hosp

B.  Is there a grievance procedure in this institution?

   YES ( ✓ )   NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?

   YES ( ✓ )   NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                         - 1 -

1 _____
2 _____
3 _____
4 _____

5    I declare under penalty of perjury that the foregoing is true and correct.

7    Signed this _____ day of _____, 20____

_____
(Plaintiff's signature)

COMPLAINT        - 4 -

*For want to Kenworth cab job San Jose Dealer*

TRUCK ORDER

PETERBUILT   359
80" WALK- IN SLEEPER
PAINT- MIDNIGHT BLUE   EMRON/TECELINE
1900 H.P.   W/ TURBO
8" THICK RADIATOR W/ GRISS DENSER
3 SPEED JACOB BRAKE
4000 13 speed transmission
TORQUE HEAD BOLTS 7 BILLION HEAD BOLTS (    TO BE DONE AT DEALERSHIP )
10 3/4" 7/16 TUNGSTEN FRAME RAILS (275")
MICHLIN TIRES   11:24 .5 XZAX
SSHD 44,000 rear 3.70
3" THICK CENTER FUSE DRUMS - BRAKES
AIR SUSPENSION
AIR RIDE SEATS FOR BOTH DRIVER AND PASSENGER
EXTENDED MIRRORS - HEATED
CUSTOM INTERIOR - CAB & sleeper diomnd tuck cab and sleeper) BURGUNDY
3 AXEL
TAPERED FRONT SPRINGS
(2) 160 gals. to be behind the sleeper
( 100 gals) mounted under step on passenger side ALL TANKS TO BE POLISHED.
PIONEER AVIC-03 GPS RECEIVER MOUNTED IN DASH.
MOUNT COMPUTER  ON DASH
AIR DRYER
ALUMN. WHEELS - BOLT & nuts stainless steel polished
MGM Q-SERIES BRAKES
ROSS POWER STEERING
POLISHED EXAUST SHIELD
GRABHANDLE 3 FT. POLISHED
FULL DRESSED DASH : PYROMeter, TRANS. TEMP, REAR DDRIVERS TEMP.,
OIL TEMP., OIL TEMP.,AIR GAUGES, FUEL GAUGE.,OIL COOLANT, TACHOMETER.,
SPEEDOMETER.
AIR CONDITIONER CAB/ SLEEPER
AM/FM STEREO W/TAPE & AUTO REVERSE.  Cab/Sleeper 2-speakers in sleeper,
and 2 speakers in cab.
air operated windows - driver, pass.

TRUCK ORDER CONT.
Truck Order   36040.0

ICC lights ON CAB

2 CHROME AIR HORNS & covers

1 stainless steel bracket welded to bottom of bumper for license plates.

CHROME MUD FLAP BRACKET - AND MUD FLAP (2)

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

COMPLAINT — 3 —