DAVID M Gates CO 3078-b
Coalinga State Hospital
Po Box 5001 (5003)
Coalinga, Calf, 93210

SACRAMENTO
MOJAVE CA
20 MAY 2008 PM 3 T

41 USA

U.S. District Court
280 South 1st
SAN Jose Calf,
95113+3002 C060
95111

Legal
Mail